**United States District Court**
For the Northern District of California

1

2

3

4

5

6

7

8               IN THE UNITED STATES DISTRICT COURT

9            FOR THE NORTHERN DISTRICT OF CALIFORNIA

10

11   DONALD E. CAVNESS-BEY,           )      No. C 15-03526 EJD (PR)
                                      )
12              Petitioner,           )      **ORDER OF TRANSFER**
                                      )
13      v.                            )
                                      )
14                                    )
     RONALD DAVIS,                    )
15                                    )
                Respondent.           )
16                                    )
     _____ )
17

18          Petitioner, a state prisoner at San Quentin State Prison, has filed a petition for

19   a writ of habeas corpus under 28 U.S.C. § 2254, challenging his state conviction.

20          Venue for a habeas action is proper in either the district of confinement or the

21   district of conviction, 28 U.S.C. § 2241(d).  However, federal courts in California

22   traditionally have chosen to hear petitions challenging a conviction or sentence in

23   the district of conviction.  See Dannenberg v. Ingle, 831 F. Supp. 767, 767 (N.D.

24   Cal. 1993); Laue v. Nelson, 279 F. Supp. 265, 266 (N.D. Cal. 1968).  The petition

25   indicates that Petitioner was convicted in Sacramento County which lies within the

26   venue of the Eastern District of California.  See 28 U.S.C. 84(b).

27          Accordingly, the above-titled action is hereby TRANSFERRED to the United

28   States District Court for the Eastern District of California.  See 28 U.S.C. §§

Order of Transfer
P:\PRO-SE\EJD\HC.15\03526Cavness-Bey_transfer(ED).wpd

1   1404(a), 2241(d); Habeas L.R. 2254-3.

2          The Clerk shall transfer this matter and terminate any pending motions.

3

4   DATED: _____10/2/2015_____

5   EDWARD J. DAVILA
    United States District Judge

**United States District Court**
For the Northern District of California

Order of Transfer
P:\PRO-SE\EJD\HC.15\03526Cavness-Bey_transfer(ED).wpd    2

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA


DONALD E. CAVNESS-BEY,

              Petitioner,

   v.

RONALD DAVIS,

              Respondent.

_____/

Case Number: CV15-03526 EJD

**CERTIFICATE OF SERVICE**


I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on _____10/5/2015_____, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.


Donald Eugene Cavness-Bey P38865
SAN QUENTIN STATE PRISON
San Quentin, CA 94974


Dated: _____10/5/2015_____

              Susan Y. Soong, Clerk
              /s/By: Elizabeth Garcia, Deputy Clerk